UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARVON D. GREEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PHILLIPS, *et al.*,<br><br>　　　　Defendants. | No. 1:23-cv-01277-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO PROSECUTE<br><br>(Doc. 13) |

Plaintiff Jarvon D. Green is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 25, 2023, the assigned magistrate judge issued a screening order, finding that plaintiff's complaint failed to state a cognizable claim and granting plaintiff leave to file a first amended complaint or a notice of voluntary dismissal within thirty (30) days.  Doc. 11.  Plaintiff was warned that failure to comply with the Court's order would result in a recommendation for dismissal of this action, with prejudice, for failure to obey a court order and for failure to state a claim.  *Id.*  Plaintiff did not file an amended complaint.

Thereafter, on December 11, 2023, the magistrate judge issued findings and recommendations recommending dismissal of this action, with prejudice, for failure to state a claim pursuant to 28 U.S.C. § 1915A, failure to obey a court order, and failure to prosecute.

1

1  Doc. 13. Those findings and recommendations were served on plaintiff and contained notice that
2  any objections thereto were to be filed within fourteen days after service. *Id.* at 10. Plaintiff has
3  not filed objections, and the deadline to do so has passed.
4       In accordance with 28 U.S.C. § 636 (b)(1), the Court has conducted a de novo review of
5  the case. Having carefully reviewed the file, the Court concludes that the magistrate judge's
6  findings and recommendations are supported by the record and by proper analysis.
7       Accordingly:
8       1.    The findings and recommendations issued on December 11, 2023, (Doc. 13), are
9           adopted in full;
10      2.    This action is dismissed, with prejudice, due to plaintiff's failure to state a claim,
11          failure to obey a court order, and failure to prosecute; and
12      3.    The Clerk of the Court is directed to close this case.

15  IT IS SO ORDERED.
16     Dated:   August 24, 2025
                                           UNITED STATES DISTRICT JUDGE

2